# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH
2013 JUN 19
CLERK L. Moore
SO. DIST. OF GA.

CHRISTOPHER L. HALEY, )
)
    Movant, )
)
v. )   Case No. CV613-057
)           CR611-004
UNITED STATES )
)
    Respondent. )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 19 day of June, 2013.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA